IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARNELL M. HORNE, | ) |
| | )     8:04CV162 |
| Plaintiff, | ) |
| | ) |
| vs. | )     ORDER |
| | ) |
| DENNY'S RESTAURANT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     This matter is before the court on filing no. 31, a post-judgment motion filed by the plaintiff, Sharnell M. Horne. Judgment has been entered in this case, and accordingly, no further action will be taken by this court. Filing no. 31 is denied.

     SO ORDERED:

     DATED this 20th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge